Nicholas Fitzgerald/NF 6129
Fitzgerald & Associates, P.C.
649 Newark Avenue
Jersey City, NJ 07306-2303
Email: nickfitz.law@gmail.com
(201) 533-1100
Attorney for Debtor

_____X  United States Bankruptcy Court
In re:                                   District of New Jersey-Newark

                                                 **Chapter 13**

     Yolanda Parilla                       Case #: 23-12920-RG

                                           **NOTICE OF MOTION TO VACATE
                                           DISMISSAL OF BANKRUPTCY CASE**

                                           **Hon: Rosemary Gambardella**

                                           Return Date: 7/19/23
                                           Time:  10:00 a.m.

_____X

To:

Marie-Ann Greenberg,
Chapter 13 Standing Trustee
30 Two Bridges Road, Suite 330
Fairfield, NJ 07004

Yolanda Parilla
2 Glenview Drive
West Orange NJ 07052

     All Creditors -- See Service List

     The debtor has filed papers with the Court for an Order granting the relief requested above -- **vacating the dismissal of the debtor's Chapter 13 bankruptcy case** -- and for other such relief as the Court may deem appropriate.

     <u>Your rights may be affected.</u>  **You should read these papers carefully and discuss them with your attorney, if you have one, in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

     If you do not want the Court to render the relief requested,

or if you want the Court to consider your views on the motion, then within seven (7) days prior to the scheduled hearing you or your attorney must:

    File a written response in opposition to this motion explaining your position(s) and send it to:

Clerk
United States Bankruptcy Court
King Federal Building
50 Walnut Street -- 3rd Floor
Newark, NJ 07102

    If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

    You must also mail a copy to:

Nicholas Fitzgerald
Fitzgerald & Associates, P.C.
649 Newark Avenue
Jersey City, NJ 07306-2303

Marie-Ann Greenberg,
Chapter 13 Standing Trustee
30 Two Bridges Road, Suite 330
Fairfield, NJ 07004

    **IF YOU OPPOSE THE RELIEF REQUESTED HEREIN YOU SHOULD ATTEND THE HEARING SCHEDULED TO BE HELD BEFORE**

Honorable: Rosemary Gambardella
Date: 7/19/23
Time: 10:00 a.m.
Place:

    United States Bankruptcy Court
    King Federal Building
    50 Walnut Street -- 3rd Floor, Courtroom 3-E
    Newark, NJ 07102

    Pursuant to D.N.J. LBR 9013-1 et seq., if you wish to contest the within motion, you must file with the Office of the Clerk of the Bankruptcy Court, responding papers stating with particularity the basis of your opposition to the within Motion.

A copy of the proposed Order which is sought is enclosed with this Motion.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

DATED: June 21, 2023

_____
Nicholas Fitzgerald, Esq.
Attorney for Debtor