Nicholas Fitzgerald/NF 6129
Fitzgerald & Associates, P.C.
649 Newark Avenue
Jersey City, NJ 07306-2303
Email: nickfitz.law@gmail.com
(201) 533-1100
Attorney for Debtor

_____X  United States Bankruptcy Court
In re:                            District of New Jersey-Newark

                                  **Chapter 13**

  Yolanda Parilla                  Case #: 23-12920-RG

                                  Hon: Rosemary Gambardella

_____X

**STATEMENT AS TO WHY NO BRIEF IS NECESSARY IN ACCORDANCE WITH D.N.J LBR 9013-1 (a)(3)**

The within Notice of Motion is a motion to vacate the dismissal of a Chapter 13 case.

As the facts the petitioner relies upon, as set forth on the accompanying certification and exhibits attached thereto, as clearly set forth in the aforesaid "Local Rule," do not present complicated questions of fact or unique questions of law, it is hereby submitted that no brief is necessary in the Court's consideration of the within Motion.

Dated: June 21, 2023

_____
Nicholas Fitzgerald, Esq.
Debtor's Counsel